George A. Zimmerman
Cynthia V. Fitzgerald
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
A Delaware Limited Liability Partnership
Four Times Square
New York, New York 10036
Telephone:  (212) 735-3000
Facsimile:  (212) 735-2000
*Attorneys for Defendant Cowen and Company, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ROCKER MANAGEMENT, L.L.C.; ROCKER : 
PARTNERS, L.P.; ROCKER OFFSHORE :
MANAGEMENT COMPANY, INC.; and :
COMPASS HOLDINGS LTD., :
                 :
            Plaintiffs, :
                 :
     - against - :
                 : Civil Action No.: 00-CV-5965 (JCL)
LERNOUT & HAUSPIE SPEECH : Honorable John C. Lifland, U.S.D.J.
PRODUCTS N.V., FLANDERS LANGUAGE :
VALLEY FUND N.V.; JO LERNOUT; POL :
HAUSPIE; GASTON BASTIAENS; CARL : **NOTICE OF MOTION FOR**
DAMMEKENS; ALLAN FORSEY; ELLEN : **SUMMARY JUDGMENT**
SPOOREN; ERWIN VANDENDRIESSCHE; :
KOEN BOWERS; GERALD CALABRESE; :
SG COWEN SECURITIES CORPORATION; :
KPMG BELGIUM; KPMG UK; KPMG LLC; : **Oral Argument Requested**
PAUL BEHETS; CORPORATIONS A – Z; :
JOHN DOES 1 – 50, :
                 :
           Defendants. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TO:    Lawrence M. Rolnick, Esq.
        John McFerrin-Clancy, Esq.
        Marcela A. Kirberger, Esq.
        Lowenstein Sandler PC
        65 Livingston Avenue
        Roseland, New Jersey 07068

-and-

Jeffrey W. Herrmann, Esq.
Cohn Lifland Pearlman Herrmann & Knopf LLP
Park 80 Plaza West One
Saddle Brook, New Jersey 07663

COUNSEL:

      PLEASE TAKE NOTICE that on the ___ day of December 2006, at 9:00 a.m. or

as soon thereafter as counsel can be heard, Defendant Cowen and Company, LLC ("Cowen")

f/k/a SG Cowen Securities Corporation, by and through its attorneys, Skadden, Arps, Slate,

Meagher & Flom LLP, Four Times Square, New York, New York, 10036, shall and do hereby

apply to the United States District Court for the District of New Jersey, at the United States

Courthouse, 50 Walnut Street, Newark, New Jersey, for an Order, pursuant to Rule 56 of the

Federal Rules of Civil Procedure, for an Order granting summary judgment in favor of Cowen on

Count IV of the First Amended Complaint and dismissing, pursuant to 28 U.S.C. § 1367(c), the

claims asserted in Counts V-VII.

      PLEASE TAKE FURTHER NOTICE that in support of this motion, Cowen relies

on its accompanying its Memorandum of Law, Statement of Material Facts Pursuant to Local

Civil Rule 56.1, Declaration of John Boyle, and Appendix of Unreported Decisions.

      PLEASE TAKE FURTHER NOTICE that oral argument is requested.

Dated:  November 10, 2006

              SKADDEN, ARPS, SLATE, MEAGHER
              & FLOM LLP
              *Attorneys for Defendant Cowen and Company, L.L.C.*

              BY:     *s/ Cynthia V. Fitzgerald*
                    Cynthia V. Fitzgerald