George A. Zimmerman
Cynthia V. Fitzgerald
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
A Delaware Limited Liability Partnership
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
*Attorneys for Defendant Cowen and Company, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------- x
ROCKER MANAGEMENT, L.L.C.; ROCKER :
PARTNERS, L.P.; ROCKER OFFSHORE :
MANAGEMENT COMPANY, INC.; and :
COMPASS HOLDINGS LTD., :
:
           Plaintiffs, :
:
- against - :
: Civil Action No.: 00-CV-5965 (JCL)
LERNOUT & HAUSPIE SPEECH : Honorable John C. Lifland, U.S.D.J.
PRODUCTS N.V., FLANDERS LANGUAGE :
VALLEY FUND N.V.; JO LERNOUT; POL :
HAUSPIE; GASTON BASTIAENS; CARL : **CERTIFICATE OF SERVICE**
DAMMEKENS; ALLAN FORSEY; ELLEN :
SPOOREN; ERWIN VANDENDRIESSCHE; :
KOEN BOWERS; GERALD CALABRESE; :
SG COWEN SECURITIES CORPORATION; :
KPMG BELGIUM; KPMG UK; KPMG LLC; :
PAUL BEHETS; CORPORATIONS A – Z; :
JOHN DOES 1 – 50, :
:
           Defendants. :
---------------------------------- x

    I, Cynthia V. Fitzgerald, do hereby certify:

    1.    I am an attorney-at-law in the State of New Jersey and an associate with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendant Cowen and Company, LLC in the above-captioned action.

2.     On November 10, 2006, I caused a true and correct copy of Defendant Cowen and Company, LLC's Notice of Motion for Summary Judgment, Memorandum of Law in Support of Defendant Cowen and Company, LLC's Motion for Summary Judgment, Declaration of John Boyle, Defendant's Appendix of Unreported Decisions, and Defendant's Proposed Order to be served by mail (and ECF where applicable) to all persons on the attached service list.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/s/ Cynthia V. Fitzgerald
Cynthia V. Fitzgerald

Dated:   November 10, 2006