# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## MINUTES OF PROCEEDINGS

**NEWARK OFFICE**

April 12, 2007
**DATE OF PROCEEDINGS**

**JUDGE**   PETER G. SHERIDAN, USDJ

**COURT REPORTER:**   IRA RUBENSTEIN

Other(s) _____

**Docket #**  Civ. 00 - 5965 (PGS )

ROCKER MANAGEMENT, et al

vs.
LERNOUT & HAUSPIE, et al

**APPEARANCE:**
LAWRENCE ROLNICK, JOHN MCFERRIN - CLANCY, JEFFREY W. HERRMANN, ESQS., FOR PLAINTIFFS

GEORGE A. ZIMMERMAN, JOHN BOYLE, PETER MORRISON, SHALOM D. STONE, GEORGE A. SALTER, SCOTT T. TROSS, BRIAN J. MCMAHON, FREDERICK R. KESSLER, ESQS ., FOR DEFENDANTS

**NATURE OF PROCEEDINGS:**   HEARING

HEARING ON MOTIONS (DECISION RESERVED).

Adjourned to: _____   Time commenced: 10:00 a.m.   Time Adjourned: 12:30 p.m.

Dolores Hicks
DEPUTY CLERK

**cc: Chambers**