# COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP

COUNSELLORS AT LAW

PARK 80 PLAZA WEST-ONE · SADDLE BROOK, N.J. 07663 · 201-845-9600 · TELECOPIER 201-845-9423

General E-mail: clphk@njlawfirm.com
Internet Address: www.njlawfirm.com

December 9, 2008

**SO ORDERED:** Peter Sheridan
**DATED:** 12/9/08

VIA FACSIMILE AND ELECTRONIC FILING
Hon. Peter G. Sheridan
United States District Court
District of New Jersey Newark
M.L. King, Jr. Federal Bldg. & Courthouse
50 Walnut Street
Newark, NJ 07102

RE: Rocker Management, L.L.C., et
al. v. Lernout & Hauspie
Speech Products N.V., et al.
Docket No. 00cv5965(PGS)
Our File: 34,971

Dear Judge Sheridan:

As you may recall, this firm, together with Lowenstein Sandler PC, represent plaintiffs in the above-referenced matter. A settlement conference has been scheduled for 10:00 a.m. on Friday, December 12, 2008. I am scheduled to be one of the speakers at the New Jersey ICLE Consumer Law Conference that morning. I respectfully request that the settlement conference be rescheduled for anytime on Wednesday, December 17, 2008 at 10 AM. I have conferred with other counsel and this date would be convenient for everyone.

Thank you.

Respectfully submitted,

Jeffrey W. Herrmann

JWH:bb

cc: See Attached Service List - Via Electronic Mail.