UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

------------------------------------ x
ROCKER MANAGEMENT, L.L.C., et al.,

         Plaintiffs,

   - against -

LERNOUT & HAUSPIE SPEECH
PRODUCTS N.V., et al.,

         Defendants.
------------------------------------ x

Civ. No. 00-CV-5965 (PGS)

Hon. Peter G. Sheridan

### [~~PROPOSED~~] ORDER APPROVING MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

THIS MATTER having been opened to the Court upon the application of KPMG LLP (the "Application"), by its co-counsel Wollmuth Maher & Deutsch LLP, pursuant to Rule 101.1 of the Local Civil Rules of the District Court for the District of New Jersey; and the Court having considered the facts as set forth in the Application and the supporting Certification of Michael S. Flynn, Esq.; and good cause having been shown for the relief specified herein,

**IT IS ORDERED**, on this 16 day of July, 2009, that:

1. Michael S. Flynn, Esq., of the law firm of Davis Polk & Wardwell, is hereby admitted *pro hac vice* to appear and participate as co-counsel for KPMG LLP in this action before this Court in accordance with L. Civ. R. 101.1. Wollmuth Maher & Deutsch LLP shall serve as counsel of record upon whom all notices, orders, and pleadings may be served.

2. In accordance with L. Civ. R. 101.1, Michael S. Flynn, Esq. shall make a payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a).

3. Also in accordance with L. Civ. R. 101.1, Michael S. Flynn, Esq. shall make a

payment of $150.00 to the Clerk, USDC.

4.  Michael S. Flynn, Esq. shall strictly observe the rules governing practice in the District of New Jersey, shall submit to the disciplinary jurisdiction of the District Court of New Jersey, and shall strictly observe the dates fixed for scheduling conferences, motions, pretrial conferences, trials or any other proceedings in compliance with L. Civ. R. 101.1.

*[signature]*

**HON. PETER G. SHERIDAN**
**UNITED STATES DISTRICT JUDGE**